UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEITH BRENT SATERFIELD, | ) | No. EDCV 08-982 FFM |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: February 26, 2010              ___/S/ FREDERICK F. MUMM___
                                                          FREDERICK F. MUMM
                                                   United States Magistrate Judge